IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01377-NYW

CONNIE HINES,

     Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Nina Y. Wang, on September 24, 2015,  incorporated herein by reference, it is

     ORDERED that the Commissioner's decision is REVERSED.  It is

     FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.


     DATED at Denver, Colorado this 24th  day of September, 2015.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble, Deputy Clerk