# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01377-NYW

CONNIE HINES,

       Plaintiff,

v.

CAROLYN W. COLVIN,

       Defendant.

_____

## ORDER GRANTING EAJA FEES
_____

Magistrate Judge Nina Y. Wang

    This Court, having reviewed the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) [#28], and being fully apprised in its premises, **IT IS ORDERED** that:

(1)    The Stipulated Motion for an Award of Attorney Fees is **GRANTED**.

(2)    Defendant will pay **$4,275.00** of attorney fees to Plaintiff pursuant to the EAJA. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED: November 12, 2015                   BY THE COURT:

                                                             s/ Nina Y. Wang
                                                             Nina Y. Wang
                                                             United States Magistrate Judge